**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH**

FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH

MAY 22 2026

GARY P. SERDAR
CLERK OF COURT

BY ______ DEPUTY CLERK

**CENTRAL DIVISION**

**TOM E. HINKLEY,**

**Plaintiff,**

v.

Case: 2:26-cv-00471
Assigned To : Nielson, Howard C., Jr
Assign. Date : 5/22/2026
Description: Hinkley v. Johnson et al

**GERALD K. JOHNSON; JOHN P. HINKLEY; ANTHONY R. MARTINEAU (Bar #5859); RAY G. MARTINEAU; JASON W. HARDIN (Bar #10067); JENIFER E. DECKER; SARA E. BOULEY (Bar #14009); JUSTIN D. HEIDEMAN (Bar #08897/#10348); LORELEI NAEGLE (Bar #9922); PATRICK J. ASCIONE; DAVID MCKAY; JOSEPH E. MINNOCK (Bar #6281); ADRIENNE A. MOSS (Bar #17280); JOEL D. TAYLOR (Bar #13378); GREGORY M. CONSTANTINO (Bar #A6853); FABIAN VANCOTT, P.C.; LAW OFFICES OF RAY G. MARTINEAU; ACTION LAW UTAH, LLC; HEIDEMAN & ASSOCIATES, P.C.; SNOW, CHRISTENSEN & MARTINEAU, P.C.; AWNINGS & MORE, INC.; PROGRESSIVE DIRECT INSURANCE COMPANY; JEREMY ROBERTSON (Chief, West Jordan Police Department, in official capacity); REED G. SCHARMAN (Fire Marshal); TODD ZAHL MANN; DAVID RAINEY; STEFANIE MERRILL-HANSEN; JORDAN SMITH; KARA L. PETTIT;**

**ADAM T. MOW; RONALD E. KUNZ; CITY OF WEST JORDAN; MAYOR DIRK BURTON; OFFICE OF PROFESSIONAL CONDUCT; UTAH JUDICIAL CONDUCT COMMISSION; and DOES 1–20,****

**Defendants.**

****Case No. [to be assigned]****

****Jury Trial Demanded****

****EMERGENCY COMBINED COMPLAINT FOR VIOLATION OF CIVIL RIGHTS (42 U.S.C. § 1983), RACKETEERING (18 U.S.C. §§ 1961–1968), FRAUD UPON THE COURT, ADVERSE POSSESSION AND QUIET TITLE; MOTION FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, CONTEMPT, SUMMARY JUDGMENT, SANCTIONS, AND APPOINTMENT OF COUNSEL (NO HEARING REQUESTED)****

****I. EMERGENCY NATURE OF THIS FILING****

**This is an emergency filing. Plaintiff is permanently disabled and has been without water service for over six years due to retaliatory conduct. This deprivation occurred during the**

**worldwide COVID-19 pandemic in direct violation of Governor Cox's orders and federal and state directives to maintain essential utilities. Plaintiff is currently suffering severe medical harm and faces immediate eviction. The state court has confirmed that "nothing is going on in the case." Immediate relief is required to prevent further irreparable harm.**

****II. JURISDICTION AND VENUE****

**Jurisdiction exists under 28 U.S.C. §§ 1331 and 1343. Venue is proper.**

****III. FACTUAL BACKGROUND****

**Plaintiff has lived at 7131 S 1115 W, West Jordan, UT 84084 since 1975. The Estate of Marian Jean Hinkley was insolvent and bankrupt at the time of her death. Plaintiff was the sole caregiver and financial supporter and is the only creditor of record.**

**On November 23, 2006, the property was deliberately burned. Plaintiff personally paid more than $52,000 for cleanup and reconstruction under a valid city permit. Water and garbage service have been shut off for over six years in retaliation, causing documented medical harm.**

**In May 2026, a defective Five-Day Notice to Vacate was posted on the door (Exhibit 114). On April 21, 2026, the Third Judicial District Court declared Plaintiff a vexatious litigant (Exhibit 116). On May 16, 2026, the Utah Supreme Court denied Plaintiff's petition for writ of mandamus (Exhibit 117). On May 19, 2026, the district court clerk confirmed that "nothing is going on in the case." All meaningful state remedies have been exhausted.**

****IV. CLAIMS FOR RELIEF****

****Count 1 – 42 U.S.C. § 1983 (Monell – Deliberate Indifference)****

****Count 2 – 18 U.S.C. §§ 1961–1968 (RICO)****

****Count 3 – Fraud Upon the Court****

****Count 4 – Adverse Possession and Quiet Title****

****V. EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION (NO HEARING REQUESTED)****

**Plaintiff moves ex parte under Fed. R. Civ. P. 65 for an immediate order:**

**A. Staying the defective Five-Day Notice to Vacate (Exhibit 114) and all eviction proceedings;**

**B. Immediately restoring water and garbage service at 7131 S 1115 W, West Jordan, UT 84084;**

**C. Issuing a restraining order prohibiting all Defendants from further interference with Plaintiff's residence or utilities.**

****VI. MOTION FOR FINDINGS OF CONTEMPT, SUMMARY JUDGMENT, AND SANCTIONS****

**Plaintiff moves for contempt findings, summary judgment on the defective notice and exhaustion issues, and sanctions, fines, and penalties.**

****VII. MOTION FOR APPOINTMENT OF COUNSEL****

**Plaintiff is permanently disabled and indigent. Appointment of counsel is requested under 28 U.S.C. § 1915(e)(1).**

****VIII. PRAYER FOR RELIEF****

**Plaintiff respectfully requests immediate entry of:**

**A. Temporary Restraining Order and Preliminary Injunction staying the defective notice and restoring water and garbage service;**

**B. Findings of contempt;**

**C. Summary judgment on the defective notice and exhaustion;**

D. Appointment of counsel;

E. Return of the property at 7131 S 1115 W, West Jordan, UT 84084 to Plaintiff as the only creditor of record, free and clear of all liens, fines, and encumbrances;

F. Judgment quieting title in Plaintiff;

G. Compensatory damages of not less than $120,000,000 plus lost income and interest, together with treble damages under RICO;

H. Sanctions, fines, and penalties against Defendants; and

I. Such other relief as the Court deems just and proper.

**DATED** this 21st day of May, 2026.

**/s/ Tom E. Hinkley**

Tom E. Hinkley, Pro Se

7131 S 1115 W

West Jordan, UT 84084

385-337-4401

westjordanlegaldocuments2@gmail.com

westjordanlegaldocuments3@gmail.com

**CERTIFICATE OF SERVICE**

Served via email on May 21, 2026 to all parties listed in the prior Certificate of Service.

**TABLE OF EXHIBITS**

Exhibit 114: Defective Five-Day Notice to Vacate (May 2026)

Exhibit 115: Declaration of Tom E. Hinkley

Exhibit 116: Vexatious Litigant Order (April 21, 2026)

Exhibit 117: Utah Supreme Court Order Denying Mandamus (May 16, 2026)

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2026, I caused a true and correct copy of the foregoing document to be served via email on the following parties:

TO:

tony@martineaulaw.net, rmartineau@martineaulaw.net, jhardin@fabianvancott.com, sara@actionlawutah.com, jheideman@heidlaw.com, lorelei@naegle.law, patrick@ana-law.com, dmckay@dmckaylaw.com, jminnock@mmrm.com, bill@kimballanderson.com, aam@scmlaw.com, jdt@scmlaw.com

**CC:**

**hinkleyjohn@gmail.com, jerryjohnson6837@comcast.net, mayor@westjordan.utah.gov, code.enforcement@westjordan.utah.gov, utilities@westjordan.utah.gov, public.works@westjordan.utah.gov, police@westjordan.utah.gov, fire@westjordan.utah.gov, courtpros@westjordan.utah.gov, 3rdpettitteam@utcourts.gov**

**BCC:**

**info@fabianvancott.com, info@spencerfane.com, contact@kimballanderson.com, info@westjordan.utah.gov, david.rainey@westjordan.utah.gov, stefanie.merrill-hansen@westjordan.utah.gov, attorneygeneral@utah.gov, uag@agutah.gov, opc@opcutah.org, jjc@utcourts.gov, courtofappeals@utcourts.gov, dldrownjd@gmail.com**

**/s/ Tom E. Hinkley**

**Tom E. Hinkley, Pro Se**

**7131 S 1115 W**



**West Jordan, UT 84084**

**385-337-4401**

**westjordanlegaldocuments2@gmail.com, westjordanlegaldocuments3@gmail.com**