**COVER PAGE & INDEX**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH**

**CENTRAL DIVISION**

**TOM E. HINKLEY,**

**Plaintiff,**

**v.**

**GERALD K. JOHNSON et al.,**

**Defendants.**

**Case No. [to be assigned]**

**EMERGENCY FEDERAL FILING PACKET**

**Filed by Plaintiff Pro Se – May 21, 2026**

**INDEX OF DOCUMENTS**


1. **Cover Page + Index (this document)**
2. **JS 44 Civil Cover Sheet**
3. **AO 240 Application to Proceed Without Prepaying Fees or Costs**

4. **Main Emergency Combined Complaint for Violation of Civil Rights and Racketeering (with Emergency Motion for TRO, Preliminary Injunction, Contempt, Summary Judgment, Sanctions, Appointment of Counsel, Adverse Possession, and Quiet Title)**
5. **Exhibit 115 – Declaration of Tom E. Hinkley (pursuant to 28 U.S.C. § 1746)**
6. **Exhibit 3 – August 18, 2005 RQ&N Letter confirming estate insolvency**
7. **Exhibit 4 – Building permit, plans, and invoices for reconstruction of the mobile home**
8. **Exhibit 7 – Photographs and evidence of City of West Jordan code enforcement actions and property damage over decades**
9. **Exhibit 15 – Comprehensive medical evidence and photographs showing Plaintiff's injuries and health deterioration**
10. **Exhibit 114 – Defective Five-Day Notice to Vacate (posted May 2026)**
11. **Exhibit 116 – Vexatious Litigant Order (April 21, 2026)**
12. **Exhibit 117 – Utah Supreme Court Order Denying Petition for Writ of Mandamus (May 16, 2026)**
13. **Certificate of Service**

**DATED: May 21, 2026**

**/s/ Tom E. Hinkley**

**Tom E. Hinkley, Pro Se**

**7131 S 1115 W**

**West Jordan, UT 84084**

**385-337-4401**

**westjordanlegaldocuments2@gmail.com**

**westjordanlegaldocuments3@gmail.com**