**EXHIBIT 4**

**Plaintiff's Exhibit 4**

**Tom E. Hinkley v. Gerald K. Johnson et al.**

**U.S. District Court for the District of Utah**

**Central Division**

**Case No. [to be assigned]**

**Exhibit 4: Building permit, plans, and invoices for reconstruction of the mobile home on the property (valid city-approved work performed by Plaintiff).**

**Pages 1–7**

**Dated: May 21, 2026**

WEST JORDAN
UTAH

# INVOICE

11/14/2018

**Application: 17402**

Parcel: 21261060100000
7131 S 1115 W
Lot: 79 - JORDAN MOBILE HOME ESTATES 1

**Building & Safety**
8000 S Redwood Road
West Jordan, UT 84088
Phone: (801) 569-5050

HINKLEY, TOM
0
WEST JORDAN, UT 84088
801-997-9662

| FEE DESCRIPTION | QUANTITY | FEE AMOUNT | AMOUNT PAID |
|---|---|---|---|
| MANUFACTURED HOME | 0.00 | 150.00 | 0.00 |
| MANUFACTURED HOME STATE SUR | 0.00 | 1.50 | 0.00 |

Total Fees: $151.50

Total Paid $0.00

**Unpaid Balance: $151.50**

City of West Jordan
Finance Department
8000 S Redwood Rd
West Jordan, UT 84088
801-569-5020
Welcome

004029-0103 Morgan M. 11/14/2018 08:43AM

**PERMITS / INSPECTIONS**
MANUFACTURED HOME -
REVIEW
2018 Item: 17402|BS35
Balance due: 0.00
Balance unpaid: 0.00 150.00
MANUFACTURED HOME STATE
SUR - FEE
2018 Item: 17402|BS36
Balance due: 0.00
Balance unpaid: 0.00 1.50

151.50
**Subtotal** 151.50
**Total** 151.50
CASH 152.00
CASH -0.50

**Change due** -0.50

Thank you for your payment

City of West Jordan COPY
DUPLICATE RECEIPT

THANK YOU FOR YOUR BUSINESS!

# Building Permit

**City of West Jordan**
Building & Safety Division
8000 South Redwood Road
West Jordan UT 84088

Inspection Request: 801-569-5055
Building Dept: 801-569-5050
Zoning Dept: 801-569-5060
Engineering Dept: 801-569-5070
Fax: 801-569-5099

WEST JORDAN UTAH

| **Permit Number** |
|---|
| **17402** |
| **Parcel Number** |
| **21261060100000** |

Project Type: MANUFACTURED HOUSING
Desc. of Work:
Project Name:
Property Address : 7131 S 1115 W — Lot : 79
Subdivision : JORDAN MOBILE HOME ESTATES 1 — Owner Ph # :
Owner Name : HINKLEY, M J; TR
Owner Address : 3940 S 200 E
Type Of Construction:

| | | | |
|---|---|---|---|
| OCC Load : | Finished SF : | Garage SF : | Porch/Patio : |
| OCC Group : | Basement SF : | Deck : | |
| Number Of Units : | Finish Basement SF : | Covered Deck : | |

Valuation:

Contractors:
→ D & D HOMES SETTERS LLC 801-317-4645 Yes

❑ **Licensed Contractor Declaration:**
I hereby affirm that all work will be performed by contractors licensed under the Construction Trades Licensing Act (58-55; UCA) whose licenses are in full force and effect.
If contractors have not been selected at the time of condition that currently licensed contractors shall be selected by the applicant, that the applicant shall provide the names and license numbers of the contractors to the City of West Jordan, and shall enter the same names and numbers on the permit before they begin their work.

❑ **Owner-Builder Declaration:**
I hereby claim exemption from the requirement for licensing under the Construction Trades Licensing Act (58-55, UCA) because the owner of the property for his/her private, non-public use. Any work not performed by the owner will be performed by a contractor licensed under the Construction Trades Licensing act, and the names and license numbers of the contractors shall provide the names and license numbers of the contractors to the City of West Jordan, and shall be entered on the permit before their work has begun.

This permit shall become null and void if work is not commenced within 180 days, or if work is suspended or abandoned for a period of 180 days or more at any time after the work has commenced. Commencement or continuation of work shall be verified only by inspection reports from the City of West Jordan Inspectors. All required inspections shall be requested at least one working day before they are to be made. Inspections are required before any work is covered. Please call if you need further information about when an inspection is required.

I hereby certify that I have read and examined this permit and that the information provided by me is true and correct. All provisions of laws and ordinances governing this type of work will be complied with whether specified herein or not. The granting of a permit does not presume to give authority to violate or cancel the provisions of any other state or local law regulating construction or the performance of construction.

[signature] — 11-14-2018 — Tom Hinkley

Signature of Applicant — Date — Please Print Name

| | | | | | |
|---|---|---|---|---|---|
| Setbacks: | | Front: | 20.00 | Back : | 25.00 |
| Zone : | MOBILE HOME | Right : | 3.00 | Left : | 6.00 |

**THIS BUILDING PERMIT MUST BE POSTED ON JOB SITE AT ALL TIMES**

**Exhibit 4:** Building … for … of the … on the … (val… …ved work performed by Plaintiff). PAGE 3 OF 7



**Exhibit 4:** Building permit, plans, and invoices for reconstruction of the mobile home on the property (valid city approved work performed by Plaintiff). PAGE 4 OF 7

Manufacturer's Name and Address: Buddy Mobile Homes 1445 Commerce Boise, Id. **HUD NO.** 013594AL 013595BL

Serial Number of Mobile Home: 0582-0494-0246A/BL

Model Designation of Mobile Home: 60x24 3BR F&RFM2B

Date of Manufacture: 8/3/77

This mobile home is designed to comply with the Federal Mobile Home Construction and Safety Standard in force at the time of manufacture.

Design Approval by Underwriters' Laboratories, Inc.

Factory Installed Equipment and Appliances:

| EQUIPMENT | MANUFACTURER | MODEL DESIGNATION | RATING OF FACTORY INSTALLED CIRCUIT (APPLIANCE NOT FACTORY INSTALLED) |
|---|---|---|---|
| Comfort Heating | Coleman | 7680 B | |
| Air Conditioning | | | 15/115V |
| Cooking Range | Tappan | M32-1026 | |
| Built-in Oven | Not Provided | | |
| Counter-top Cooking Unit | NOt Provided | | |
| Refrigerator | GE | TB 14 S | |
| Water Heater | State | SCI 30 NMT7H | |
| Clothes Washer | | | 20/115V |
| Clothes Dryer | | | 30/230V |
| Dishwasher | GE | GSD 283 | |
| Food Waste | Not Provided | | |
| Smoke Detector | Electro Signal Lab | 206 | |

Instructions for all work to be performed in the field are located in a kitchen drawer.

This mobile home has been designed for the roof and wind load zones as checked below:

**ROOF LOAD**

- ☐ North 40 psf
- ☒ Middle 30 psf
- ☐ South 20 psf
- ☐ Other ______

**WIND LOAD**

- ☒ Zone I - 15 psf horizontal and 9 psf uplift
- ☐ Zone II (Hurricane) - 25 psf horizontal and 15 psf uplift
- ☐ Other ______

The maps below define the design loads for each geographical area:






MAY-04-2012 FRI 08:25 AM WESTLAND DIST. INC. FAX NO. 3032373677 P. 02

17402

RADCO
CERTIFICATION • LISTING • TESTING • INSPECTION ®

cation, or report was prepared by me or under my direct supervision and that I am a duly Registered Professional Engineer under the laws of the State of Minnesota.

R. F. TUCKER
Registration No. 22232

RESOURCES APPLICATIONS DESIGNS & CONTROLS, INC.
5456-A W. CRENSHAW STREET
TAMPA, FL 33634
TELEPHONE: (813) 243-0370
TELECOPIER: (813) 243-1314

ALABAMA REGISTERED NO. 14275 PROFESSIONAL ENGINEER R. F. TUCKER

Registered Professional Engineer (Civil) CERTIFICATE NO. 21152 R. F. TUCKER Date Signed ARIZONA, U.S.A.

RECEIVED NOV 0 9 2018 BY:

STATE OF MICHIGAN R.F. TUCKER ENGINEER NO. 33793 LICENSED PROFESSIONAL ENGINEER

REGISTERED PROFESSIONAL ENGINEER R. F. TUCKER NO. 26070 MAR 3 1 2006 CIVIL STATE OF CALIFORNIA

# RADCO TEST REPORT

Test Report RAD-3461
Project No. F 4308

Tie-Down Engineering
Xi 2 Total Support System
Wind Zone I

Transverse and Longitudinal Foundation Systems

Prepared For:

**Tie-Down Engineering, Inc.**
5901 Wheaton Drive
Atlanta, GA 30336

REGISTERED PROFESSIONAL ENGINEER 1833 STATE OF IDAHO RAYMOND F. TUCKER

STATE OF MISSOURI R. F TUCKER NUMBER E-24314 REGISTERED PROFESSIONAL ENGINEER

COLORADO REGISTERED R.F. TUCKER 20918 PROFESSIONAL ENGINEER

By

**RADCO**
Resources, Applications, Designs and Controls, Inc.
Listing and Testing Division
3220 E. 59th Street
Long Beach, CA 90805
Ph: 562-272-7231
Fax: 562-529-7513

REGISTERED PROFESSIONAL ENGINEER STATE OF HAWAII RAYMOND F. TUCKER CIVIL No. 8628

R.F. TUCKER NEW MEXICO 8936 REGISTERED PROFESSIONAL ENGINEER

Prepared by:

Philip L. Witherington, P.E.
Staff Engineer

AUG 3 2004

REGISTERED PROFESSIONAL ENGINEER No. 7984 R.F. TUCKER STATE OF UTAH

Submitted by:

8/31/04
Michael L. Zieman, P.E.
President

Issued: August 2004

RADCO reports are for the exclusive use of the client to whom they are addressed. Permission is granted to reproduce this report provided it is reproduced in its entirety. The use of the name RADCO (Resources, Applications, Designs and Controls, Inc.) in any advertising or related material must receive prior written approval from RADCO. Reports apply only to samples tested at the time of testing and are not necessarily indicative of the quality of apparently identical or similar products. This report contains confidential information intended for the sole use of the addressee. Transmittal by facsimile is prohibited without the express approval and concurrence of the addressee.

NORTH CAROLINA PROFESSIONAL SEAL 15716 ENGINEER R. F. TUCKER

COMMONWEALTH OF PENNSYLVANIA REGISTERED PROFESSIONAL R. F. TUCKER ENGINEER NO. PE-053297-E

R. F. TUCKER REGISTERED ENGINEER AGRICULTURE COMMERCE No. 21321 STATE OF TENNESSEE

STATE OF TEXAS R. F. TUCKER 50450 REGISTERED PROFESSIONAL ENGINEER

Oliver Technologies, Inc.

467 Swan Ave • Hohenwald, TN 38462 • (800) 284-7437 • www.olivertechnologies.com • Fax (931) 796-8811

# Installation Instructions for 1100 "V" Series All Steel Foundation System

**SPECIAL CIRCUMSTANCES:** *If following conditions occur* - **STOP!** Contact Oliver Technologies at 1-800-284-7437 for further instructions.
a) Pier (system) height exceeds 48" b) Roof eaves exceed 16" c) Roof pitch greater than 7/12 d) Location is within 1500 feet of coastline
e) Soil conditions less than 4B f) Thick and wide I Beam attachments are available.

MAR 18 2011

## INSTALLATION OF GROUND PAN FOR DIRT SET (IV)

1) Remove weeds and debris in an approximate three foot square to expose firm, level undisturbed soil or controlled fill for each ground pan. The 1100 V Pan is equivalent to a 21 x 21 footing Top of ground pan (C) must be installed at ground level or per local jurisdiction.
2) Place center ground pan (C) directly below chassis I-beam Press or drive pan completely into soil until flush with or below soil.

**SPECIAL NOTE:** The longitudinal "V" brace system serves as a pier under the home and should be loaded as any other pier. It is recommended that after leveling piers, and one-half inch (1/2") before home is lowered completely onto piers, complete items 3 through 7 below.

### INSTALLATION OF LONGITUDINAL "V" BRACE SYSTEM

3) Select the correct square tube brace (E) length for set-up (pier) height at support location.

| PIER HEIGHT (Approx 40-60 degrees Max) | 1.5" Tube Length |
|---|---|
| 14" to 18" | 20" |
| 18" to 25" | 28" |
| 24" to 35" | 39" |
| 30" to 40" | 44" |
| 36" to 48" | 54" |

PIER HEIGHT = the dimension from the top of the pan to the bottom of the I-Beam




R. F. TUCK... REGISTERED ENGINEER ... AGRICULTURE COMMERCE No. 21321 STATE OF TENNESSEE

4) Install both of the 1.5" square tubes (E) into the "V" bracket (J), insert carriage bolt and leave nut loose for final adjustment.
5) Place I-beam connector (F) loosely on the bottom flange of the I-beam.
6) Attach the selected 1.5" tubes (E) to the I-beam connectors (F) and fasten loosely with bolts and nuts. NOTE: The ground pan must be level in both directions to ensure the angle markings on the center point connector are correct from the horizontal plane of the pan. The angle is not to exceed 60 degrees and not less than 40 degrees. The "V" bracket (J) is stamped with the angles to verify correct degree. Use proper length tube or cut and drill tube to achieve proper length. (The tube may be cut using any appropriate steel cutting method such as steel saw, cutting torch, etc. New holes must be drilled to the dimension and at the location as shown for part (E).
7) Using standard hand tools, tighten all nuts and bolts. When connecting the brace tube to the model 1100-10-P I-beam connector bracket, tighten at least one and a half to two full turns past hand tight

### INSTALLATION OF (LATERAL) TELESCOPING TRANSVERSE ARM SYSTEM (1100 ITV)

8) Select the correct transverse arm (H). The 60" sections are standard. The 72" sections are used on frame widths greater than 99.5"
9) Install the 1.5" transverse brace (H) to the ground pan connector (D) with the bolt and nut
10) Slide 1.25" transverse brace into the 1.5" brace and attach to adjacent I-beam connector (I) with bolt and nut
11) Secure 1.5" transverse arm to 1.25" transverse arm using four (4) 1/4" - 14 x 3/4" self-tapping screws in pre-drilled pilot holes.

## INSTALLATION USING CONCRETE (ICV)

The concrete footer, runner or slab may be of any shape, that has a minimum of 2900 cu in., with a minimum depth of 3.5" (dry set) or 6" (wet set), at each system location. The surface of the footing shall be large enough to support the pier load and allow at least 4" from the concrete bolt to the edge of the concrete (ie 22"x22"x6" footer). The concrete shall be a minimum of 2500 psi mix (pre-blended sacked concrete mix is acceptable). Special inspection of footing is not required. If the 1100 ITC transverse system, (D (W or D) bracket only) is to be installed without the use of the 1100 ILC (V) longitudinal system (J (W or D) bracket), it MUST be installed within 18" of pier.

**NOTE: The bottom of all footings, pads, slabs and runners must be per local jurisdiction.**

### LONGITUDINAL (V)

When using the 1100 wet set J(W) bracket, simply install the bracket in runner/footer OR when installing in cured concrete, use the 1100 dry set J(D) bracket. The 1100 dry set J(D) bracket is attached to the concrete using (2) 1/2" X 3" concrete wedge bolts. Place the bracket in desired location. Mark bolt hole locations, then using a 1/2" masonry bit, drill a hole to a minimum depth of 3". Be sure all dust is blown out of the holes. Place wedge bolts into drilled holes, then place 1100 J(D) bracket onto wedge bolts and start wedge bolt nuts. Take a hammer and lightly drive the wedge bolts down by hitting the nut (Do not hit the top of threads on bolt). Complete by tightening the nuts.

### LATERAL (Transverse Arm)

For wet set installation set the transverse connector bracket D(W) into runner/footer at desired location. For dry set installations, the transverse connect bracket D(D) is attached to the concrete using (2) 1/2" X 3" concrete wedge bolts. Mark bolt hole locations, then using a 1/2" masonry bit, drill a hole to a minimum depth of 3". Be sure all dust is blown out of the holes. Place wedge bolts into drilled holes, then place transverse connector bracket J(D) bracke onto wedge bolts and start wedge bolt nuts. Take a hammer and lightly drive the wedge bolts down by hitting the nut (Do not hit the top of threads on bolt.) Complete by tightening the nuts

## REQUIRED NUMBER AND LOCATION OF MODEL 1100 "V" SERIES BRACES FOR 4/12 & 5/12

## REQUIRED NUMBER AND LOCATION OF MODEL 1100 "V" SERIES BRACES FOR 6/12 & 7/12




**(Length of house is actual box size)**

**LEGEND:**

1 - Approximate location of the system (See note H)
2 - Location of ASF Model 1100 "V" (Lateral and Longitudinal Bracing) or 1100 T (Lateral only)
3 - Location of additional ASF Model 1100 T "V" System (Lateral only) for homes exceeding 76' in length or with roof pitch between 4.37/12 (20 degrees) and 5/12, the additional system is to be installed at approximately the midpoint of the house and may be installed at either exterior beam
4 - Installation of single wide homes require two (2) anchors per side located not more than ten (10) feet from each end (with a minimum of 3150 load rating)
5 - Location of additional ASF Model 1100 T "V" System (Lateral only) for homes exceeding 76' in length, sidewall height exeeding 96" or with roof pitch between 6/12 & 7/12 the additional system is to be installed at approximately the midpoint of the house and may be installed at either exterior beam

**NOTE:**

a) Installation of the longitudinal system eliminates the need for the longitudinal anchors.
b) Installation of the transverse system eliminates the need for all anchors, diagonal frame ties and stabilization plates exc ept when noted (Legend #5 & note C)
c) All other home manufacturer's instructions for installation of stabilizing devices must be followed, including installation of vertical tie-down anchors, and mating line column, shear wall or center-line tie-down anchors. NOTE WIND ZONE II: ALL VERTICAL ANCHORS (NOT TO EXCEED 8' SPACING) MUST BE INSTALLED PER MANUFACTURER's INSTALLATION INSTRUCTIONS!
d) If the home manufacturer's installation instructions are not available, the home must be installed in accordance with any state promulgated rules or as required by the authority having jurisdiction.
e) If bolts, nuts and tech screws are lost, they may be replaced as long as they meet or exceed the specs for OTI ASFS hardware.
f) When the length of home exceeds 76', sidewall height exceeds 96" or the roof pitch is between 4.37/12 (20 degrees) and 5/12, add 1 transverse system (see location diagrams above) 6/12: a total of 4 Transverse & 3 Longitudinal systems are needed & 7/12: a total of 5 Tra nsverse & 3 Longitudinal systems are needed. (Longitudinal portion only required when longitudinal bracing is required by home manufacturer).
g) An alternative method using the 1100 CVD anchors (dry set) or 1100 CVW (wet set) may be used on a footing size of 16" diam eter X 24" depth. These brackets are designed for lateral and longitudinal protection.
h) It is recommended that the systems be installed at the 2nd pier in from each end of the house. However, they may be insta lled at any location at least 2 feet, but not more than ¼ the house length, in from the ends of the home.

**STATE OF MICHIGAN ONLY:** As required by Section 1805.2 of the 200 Michigan Building Code, the depth of the footer shall be a minimum depth of 42 inches below grade, except that the authority having jurisdiction may approve a lesser depth based on known prevailing soil and weather conditions or as provided by the exception under Section 1805.2.1 of the Code

**STATE OF ALABAMA ONLY:** Maximum pier height is limited to 32" with pier defined in the Alabama Regulation as "that portion of the support system between the top of the footing and the bottom of the pier cap. The State of Alabama limits the use of this system to H.U.D labeled homes

**STATE OF NORTH CAROLINA ONLY:** Tubing must be galvanized and, when the manufacturer's installation instructions are not available, vertical wall tie-downs must be installed not to exceed 8 feet on center (Wind Zone II)

**STATE OF IDAHO ONLY** Concrete must be a minimum of 8" in depth.




MAR 18 2011

TUCKER ... REGISTERED ENGINEER ... 21321 ... OF TENNESSEE

OLIVER
467 Swan Ave
Hohenwald, TN
(800) 284-74...
www.olivertechnologies.com