**EXHIBIT 7**

**Plaintiff's Exhibit 7**

**Tom E. Hinkley v. Gerald K. Johnson et al.**

**U.S. District Court for the District of Utah**

**Central Division**

**Case No. [to be assigned]**

**Exhibit 7: Photographs and evidence of City of West Jordan code enforcement actions and destruction of trees/property over decades.**

**Pages 1–3**

**Dated: May 21, 2026**

**Exhibit 7:** Photographs and evidence of City of West Jordan code enforcement actions and destruction of trees/property over decades. PAGE 1-3

# images (96 images)

Click a picture to see a larger view.



**Exhibit 7:** Photographs and evidence of City of West Jordan code enforcement actions and destruction of trees/property over decades. PAGE 2-3.









































**Exhibit 7:** Photographs and evidence of City of West Jordan code enforcement actions and destruction of trees/property over decades. PAGE 3-3

























