**EXHIBIT 15**

**Plaintiff's Exhibit 15**

**Tom E. Hinkley v. Gerald K. Johnson et al.**

**U.S. District Court for the District of Utah**

**Central Division**

**Case No. [to be assigned]**

**Exhibit 15: Comprehensive medical evidence showing Plaintiff's overall medical condition and undue stress, including 37 injury and health photographs (blood clots, active bleeding, DVT), permanent disability, pneumonia, internal bleeding, and health deterioration caused by the prolonged retaliatory water shut-off.**

**Pages 1 of 2**

**Dated: May 21, 2026**

Exhibit 15: Comprehensive medical evidence showing Plaintiff's overall medical condition and undue stress, including 37 injury and health photographs (blood clots, active bleeding, DVT), permanent disability, pneumonia, internal bleeding, and health deterioration caused by the prolonged retaliatory water shut-off..

PAGE 1 OF 2

# Exhibit 15 Injuryhealth pictures (clot, bleeding) (37 images)

Click a picture to see a larger view.



Exhibit 15: Comprehensive medical evidence showing Plaintiff's overall medical condition and undue stress, including 37 injury and health photographs (blood clots, active bleeding, DVT), permanent disability, pneumonia, internal bleeding, and health deterioration caused by the prolonged retaliatory water shut-off.PAGE 2 OF 2

