**EXHIBIT 114**

**Plaintiff's Exhibit 114**

**Tom E. Hinkley v. Gerald K. Johnson et al.**

**U.S. District Court for the District of Utah**

**Central Division**

**Case No. [to be assigned]**

**Exhibit 114: Defective Five-Day Notice to Vacate (posted May 2026 on door with visible "No Trespass" sign; landlord address listed as Pastera St 12, Odesa, Ukraine 65000; signed by Michael Gunn for the MJ Hinkley Revocable Living Trust).**

**Dated: May 21, 2026**

Exhibit 114: Defective Five-Day Notice to Vacate (posted May 2026 on door with visible "No Trespass" sign; landlord address listed as Pastera St 12, Odesa, Ukraine 65000; signed by Michael Gunn for the MJ Hinkley Revocable Living Trust). PAGE 1 OF 2

# FEDERAL COURT DOCUMENTS (3 images)

Click a picture to see a larger view.

---








Exhibit 114: Defective Five-Day Notice to Vacate (posted May 2026 on door with visible "No Trespass" sign; landlord address listed as Pastera St 12, Odesa, Ukraine 65000; signed by Michael Gunn for the MJ Hinkley Revocable Living Trust) PAGW 2 OF 2

# FIVE DAY NOTICE TO VACATE

This Notice is given to:

TOM E. HINKLEY
Tenant/Occupant Name

7131 S 1115 W
Street Address

West Jordan, UT 84084
City, State, Zip

This Notice is given by:

THE MJ HINKLEY REVOCABLE LIVING TRUST
Landlord/Owner Name

Pastera St. 12
Street Address

Odesa, Odes'ka oblast, Ukraine 65000
City, State, Zip

You are tenants at will. This means you have no contractual right to remain on the premises.

You are required to move out of the premises within five calendar days. (Utah Code 78B-6- 802(1)(b)(ii)). Move out means leave the premises, take all your belongings, and leave any keys or access cards. Calendar days include weekend days and holidays, but do not include the day of service.

If you do not move out of the premises, you may be determined by a court to be in "unlawful detainer" and evicted. If that happens, you would be removed from the property and may be liable for amounts due under your rental contract plus attorney fees, court costs and treble damages. Treble damages mean three times the amount of the damages. This could include rent, late fees, and property damage.

| | |
|---|---|
| You can find information about the eviction process at: utcourts.gov/tenant | Scan QR code to visit page |
| The court's Finding Legal Help web page (utcourts.gov/help) has information about how you can get legal help, including the Self-Help Center, reduced-fee attorneys, limited legal help and free legal clinics. | Scan QR code to visit page |

May 15, 2026
Date

Owner's Agent's Signature ▶

Printed Name: Michael Gunn, Agent for MJ Hinkley Revocable Living Trust