**EXHIBIT 115**

**AFFIDAVIT / DECLARATION OF TOM E. HINKLEY**

**Pursuant to 28 U.S.C. § 1746**

**(Unsworn Declaration Under Penalty of Perjury)**

**I, Tom E. Hinkley, declare under penalty of perjury under the laws of the United States of America that the following is true and correct:**

1. **I am the Plaintiff in the above-captioned action. I am over the age of eighteen and competent to make this declaration.**
2. **I have lived continuously at the property located at 7131 S 1115 W, West Jordan, UT 84084 since 1975. I have maintained exclusive physical possession and control of the property during this entire period without significant interruption.**
3. **I was the sole consistent caregiver and financial supporter of my mother, Marian Jean Hinkley, from the 1990s until her death. I paid for her living expenses, medical care, and property-related costs out of my own funds.**
4. **After my mother's death, I continued to pay all expenses related to the property from my personal funds, including taxes, maintenance, and major reconstruction costs.**
5. **On or about November 23, 2006, the property was deliberately burned. I personally paid more than $52,000 out of my own funds for cleanup and reconstruction. I obtained and paid for all necessary building permits from the City of West Jordan.**

6. **The bank accounts I used to make these payments were closed more than fifteen (15) years ago. I no longer have access to the original bank statements or canceled checks from that period.**
7. **I have paid all property-related expenses from my personal funds since at least 1990.**
8. **For more than six (6) years, water service to the property has been shut off. This has caused me severe physical harm, including internal bleeding, pneumonia, deep vein thrombosis (DVT), and worsening of my permanent disabilities, with medical expenses exceeding $100,000.**
9. **On or about May 15, 2026, a defective Five-Day Notice to Vacate was posted on the door of the property.**
10. **On May 19, 2026, I personally appeared at the Third Judicial District Court clerk's office. Court staff informed me that the related state court case "has not been remanded for anything" and that "nothing is going on in the case."**
11. **I am permanently disabled, indigent, and the only creditor of record of the insolvent Estate of Marian Jean Hinkley.**
12. **The facts stated in this declaration are true and correct to the best of my knowledge and belief.**

**Executed on this 21st day of May, 2026.**

**/s/ Tom E. Hinkley**

**Tom E. Hinkley**

**7131 S 1115 W**

**West Jordan, UT 84084**

**385-337-4401**

**westjordanlegaldocuments2@gmail.com, westjordanlegaldocuments3@gmail.com**