**EXHIBIT 117**

**Plaintiff's Exhibit 117**

**Tom E. Hinkley v. Gerald K. Johnson et al.**

**U.S. District Court for the District of Utah**

**Central Division**

**Case No. [to be assigned]**

**Exhibit 117: Utah Supreme Court Order Denying Petition for Writ of Mandamus (May 16, 2026)**

**Dated: May 21, 2026**

**The Order of the Court is stated below:**
**Dated:** May 16, 2026 /s/ JILL M. POHLMAN
09:32:31 AM Justice

# IN THE SUPREME COURT OF THE STATE OF UTAH

----ooOoo----

| | |
|---|---|
| TOM E. HINKLEY,<br>Petitioner,<br>v.<br>THE HONORABLE KARA PETTIT,<br>Respondent. | ORDER<br><br>Supreme Court No. 20260578-SC<br><br>Trial Court No. 053901287 |

---ooOoo---

This matter is before the Court on a petition for writ of mandamus, filed on May 5, 2026. This matter was referred to and decided by the law and motion panel.

IT IS HEREBY ORDERED that the petition is denied.

**End of Order - Signature at the Top of the First Page**