## COMPLETE LIST OF EXHIBITS

**Exhibit 3 – August 18, 2005 RQ&N Letter confirming estate insolvency and limited trust assets (Page 4 of 4)**

**Exhibit 4 – Building permit, plans, and invoices for reconstruction of the mobile home on the property (valid city-approved work performed by Plaintiff) – Pages 1–7**

**Exhibit 7 – Photographs and evidence of City of West Jordan code enforcement actions and destruction of trees/property over decades – Pages 1–3**

**Exhibit 15 – Comprehensive medical evidence showing Plaintiff's overall medical condition and undue stress, including 37 injury and health photographs (blood clots, active bleeding, DVT), permanent disability, pneumonia, internal bleeding, and health deterioration caused by the prolonged retaliatory water shut-off – Page 1 of 2**

**Exhibit 114 – Defective Five-Day Notice to Vacate (posted May 2026 on door with visible "No Trespass" sign; landlord address listed as Pastera St 12, Odesa, Ukraine 65000; signed by Michael Gunn for the MJ Hinkley Revocable Living Trust)**

**Exhibit 115 – Affidavit / Declaration of Tom E. Hinkley (pursuant to 28 U.S.C. § 1746)**

**Exhibit 116 – Vexatious Litigant Order (April 21, 2026)**

**Exhibit 117 – Utah Supreme Court Order Denying Petition for Writ of Mandamus (May 16, 2026)**

**CERTIFICATE OF SERVICE**

**I hereby certify that on May 21, 2026, I caused a true and correct copy of the foregoing document to be served via email on the following parties and entities:**

**TO: tony@martineaulaw.net. rmartineau@martineaulaw.net. jhardin@fabianvancott.com, sara@actionlawutah.com, jdecker@fabianvancott.com**

**CC: hinkleyjohn@gmail.com, jerryjohnson6837@comcast.net,**

**BCC: mayor@westjordan.utah.gov, code.enforcement@westjordan.utah.gov, police@westjordan.utah.gov, public.works@westjordan.utah.gov, utilities@westjordan.utah.gov, fire@westjordan.utah.gov, courtpros@westjordan.utah.gov, david.rainey@westjordan.utah.gov, stefanie.merrill-hansen@westjordan.utah.gov, info@westjordan.utah.gov, 3rdpettitteam@utcourts.gov, attorneygeneral@utah.gov, uag@agutah.gov, opc@opcutah.org, jjc@utcourts.gov, courtofappeals@utcourts.gov,**

**/s/ Tom E. Hinkley**

**Tom E. Hinkley, Pro Se**

**7131 S 1115 W**

**West Jordan, UT 84084**

**385-337-4401**

**westjordanlegaldocuments2@gmail.com, westjordanlegaldocuments3@gmail.com**