# EXHIBIT 1006

ORDER OF EVICTION AND ORDER OF RESTITUTION

Signed June 17, 2026 by Judge Charles A. Stormont

Civil No. 260903986 (Third Judicial District Court, Salt Lake County, Utah)

Requiring Vacation of the Subject Property

(7131 S 1115 W, West Jordan, UT 84084)

No Later Than June 19, 2026

(Enforced Against Plaintiff on or About June 18, 2026,

Resulting in Plaintiff's Actual Eviction and Current Homelessness)

Supplemental Declaration of Tom E. Hinkley

Case No. 2:26-cv-00471-HCN-JCB

United States District Court

for the District of Utah

June 18, 2026