EMERGENCY FILING – EXPEDITED CONSIDERATION REQUESTED

PLAINTIFF'S EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION TO PROTECT EXEMPT HOMESTEAD PROPERTY

AND PREVENT IRREPARABLE HARM PENDING RESOLUTION OF FEDERAL CLAIMS

(Does Not Seek to Modify, Vacate, or Interfere with Any Prior Order of This Court)

Filed: June 19, 2026

Plaintiff Thomas E. Hinkley, pro se, respectfully submits this Emergency Motion for Temporary Restraining Order and Preliminary Injunction pursuant to Fed. R. Civ. P. 65, 42 U.S.C. § 1983, 42 U.S.C. § 12101 et seq. (Americans with

Disabilities Act), 28 U.S.C. § 1331, and this Court's inherent authority.

IMPORTANT NOTICE TO THE COURT:

This filing does not seek to modify, vacate, reconsider, appeal from, or interfere in any manner with any prior order entered by this Honorable Court in this action. There is no vexatious litigant order, pre-filing restriction, or similar limitation

applicable to Plaintiff in this federal proceeding. Plaintiff files this Motion as of right.

UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

THOMAS E. HINKLEY,

Plaintiff,

v. Case No. 2:26-cv-00471-HCN-JCB

WEST JORDAN CITY, et al.,

Defendants.

Hon. Howard C. Nielson, Jr.

EXHIBIT 1008

COPY OF WRIT OF EXECUTION (PERSONAL PROPERTY)

SERVED ON PLAINTIFF ON JUNE 19, 2026 AT 10:00 A.M.

IN STATE CASE NO. 053901287

(10 PAGES TOTAL – PAGES 1 THROUGH 10)

This Exhibit 1008 consists of a true and correct copy of the Writ of Execution (Personal Property) that was personally served on Plaintiff Thomas E. Hinkley on June 19, 2026 at 10:00

a.m. in the related state probate proceeding, Case No. 053901287 (Third Judicial District Court, Salt Lake County, State of Utah).

The Writ seeks to seize and sell Plaintiff's one-third (1/3) beneficial interest in the MJ Hinkley Revocable Living Trust, his one-third (1/3) interest in the Estate of Marian Jean Hinkley, and the 1977 Buddy Mobile Home located at 7131 S 1115 W, West Jordan, UT 84084.

This Exhibit is submitted in support of Plaintiff's Emergency Motion for Temporary Restraining Order and Preliminary Injunction filed June 19, 2026.

Respectfully submitted,

/s/ Thomas E. Hinkley

Thomas E. Hinkley, Pro Se

7131 S 1115 W

West Jordan, UT 84084

Phone: 385-337-4401

Email: westjordanlegaldocuments2@gmail.com

Dated: June 19, 2026