UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

THOMAS E. HINKLEY,

Plaintiff,

v. Case No. 2:26-cv-00471-HCN-JCB

WEST JORDAN CITY, et al.,

Defendants.

Hon. Howard C. Nielson, Jr.

---

EXHIBIT 1008

---

COVER PAGE FOR EXHIBIT 1008

Copy of the Writ of Execution (Personal Property)

served on Plaintiff Thomas E. Hinkley

on June 19, 2026 at 10:00 a.m.

in Third Judicial District Court Case No. 053901287

(Gerald K. Johnson, Jr., et al. v. Thomas E. Hinkley)

This Exhibit consists of Pages 1 through 10 of the Writ of Execution (Personal Property) and related Notice of Execution and Exemptions that was personally served on Plaintiff on June 19, 2026 at 10:00 a.m.

Filed in Support of Plaintiff's Emergency Motion for Temporary Restraining Order and Preliminary Injunction

Dated: June 19, 2026

Respectfully submitted,

/s/ Thomas E. Hinkley

Thomas E. Hinkley, Pro Se

7131 S 1115 W

West Jordan, UT 84084

Phone: 385-337-4401

Email: westjordanlegaldocuments2@gmail.com

END OF EXHIBIT 1008 COVER PAGE

(Pages 1–10 of the actual Writ of Execution follow)