EXHIBIT 1008 Copy of the Writ of Execution Personal Property served on Plaintiff on June 19 2026 at 1000 a.m. in Case No 053901287 PAGE 1 - 10

Date 6-19-26 Time 9100
Upon PERSON
By W.R.T. #101
WASATCH CONSTABLES SLCo, UT
Matt Jennings, Constable • 801.392.9400


ANTHONY R. MARTINEAU (#5859)
4444 South 700 East, Suite 104
Salt Lake City, UT 84107
Telephone (801) 486-0200
Facsimile (801) 486-0383
Email Tony@martineaulaw.net

Attorney for John P. Hinkley
and Gerald K. Johnson


**IN THE THIRD JUDICIAL DISTRICT COURT IN AND FOR SALT LAKE COUNTY, STATE OF UTAH**

| | |
|---|---|
| IN THE MATTER OF<br><br>THE ESTATE OF MARIAN JEAN HINKLEY, Deceased,<br>and<br>THE MJ HINKLEY REVOCABLE LIVING TRUST<br>and<br>TOM E. HINKLEY, as Trustee and Individually | **Application for Writ of Execution (Personal Property)**<br><br>**TIER III**<br><br>Civil No. 053901287<br><br>Judge: Kara Pettit |

Judgment Creditors, John P. Hinkley and Gerald K. Johnson in their capacity as Successor Trustees ("**Trustees**") of the MJ Hinkley Revocable Trust, through their attorney Anthony R. Martineau, hereby request that this Court issue a Writ of Execution allowing them to execute upon certain personal property of Tom E. Hinkley, as judgment debtor, to collect the following judgments issued by the Court against Tom E. Hinkley.

1. The Trustees request a Writ of Execution and Order for the same to be served on Tom E. Hinkley, along with a Notice of Execution, and a Reply and Request for Hearing form.

2. On **September 17, 2021** a **$24,330.07** Judgment was entered against Tom E. Hinkley, which accrues interests and reasonable costs & attorney's fees expended in collecting said judgment by execution. The 2021 Judgment amount due is:

| | |
|---|---|
| Amount of original judgments | **$24,330.07** |
| Post-judgment interest ($3.76/day) www.utcourts.gov/resources/intrates/interestrates.htm | **$6,294.54** |
| Cost to file Application for Writ of Execution | **$75.00** |
| Cost to serve this writ | **$199.00** |
| Less payments made | **$0.00** |
| **Total amount due** | **$30,898.61** |

3. On **January 28, 2025** an **$11,188.00** Judgment was entered against Tom E. Hinkley which accrues post-judgment interest. The 2025 Judgment amount due is:

| | |
|---|---|
| Amount of original judgments | **$11,188.00** |
| Post-judgment interest (1.69/day) www.utcourts.gov/resources/intrates/interestrates.htm | **$824.33** |
| Less payments made | **$0.00** |
| **Total amount due** | **$12,012.33** |

4. The judgment debtor is identified as: Tom E. Hinkley, 7131 S. 1115 W., West Jordan, UT 84084. DOB 11/02/1970. SSN: XXX-XX-7670. California driver's license No. F4370665.

5. Request is made that the Writ of Execution direct the sheriff or constable to seize and sell the following **personal property** of Tom E. Hinkley:

- One-third (⅓) interest in the MJ Hinkley Revocable Living Trust;
- One-third (⅓) interest in the Estate of Marian Jean Hinkley;
- 1977 60 X 34 Buddy Mobile Home Serial No. 0582-0494-0246A/BL.

EXHIBIT 1008 Copy of the Writ of Execution Personal Property served on Plaintiff on June 19 2026 at 1000 a.m. in Case No 053901287 PAGE 3 - 10

8. Other than as listed above, to the Trustees' knowledge there are no other parties who claim an interest in the above listed property.

9. The Trustee believes that the personal property is located at 7131 S. 1115 W., West Jordan, UT 84084.

10. The required $75.00 fee for issuing this Writ of Execution is paid herewith.

DATED this 28th day of May, 2026.

*/s/ Anthony R. Martineau*
Anthony R. Martineau
Attorney for Successor Trustees
John P. Hinkley and
Gerald K. Johnson

EXHIBIT 1008 Copy of the Writ of Execution Personal Property served on Plaintiff on June 19 2026 at 1000 a.m. in Case No 053901287 PAGE 4 - 10

**The Order of the Court is stated below:**
**Dated:** June 01, 2026 02:31:40 PM /s/ SOPHIA BROWN District Court Clerk

ANTHONY R. MARTINEAU (#5859)
4444 South 700 East, Suite 104
Salt Lake City, UT 84107
Telephone (801) 486-0200
Facsimile (801) 486-0383
Email Tony@martineaulaw.net

Attorney for John P. Hinkley
and Gerald K. Johnson

**IN THE THIRD JUDICIAL DISTRICT COURT IN AND FOR SALT LAKE COUNTY, STATE OF UTAH**

| | |
|---|---|
| IN THE MATTER OF<br><br>THE ESTATE OF MARIAN JEAN HINKLEY, Deceased,<br>and<br>THE MJ HINKLEY REVOCABLE LIVING TRUST<br>and<br>TOM E. HINKLEY, as Trustee and Individually | **Writ of Execution (Personal Property)**<br><br>Case Number. 053901287<br>Judge: Kara Pettit |

**THE STATE OF UTAH TO CONSTABLE MATT JENNING:**

The Court rendered two (2) Judgments against Tom E. Hinkley in the above-captioned matter on September 21, 2021 and January 25, 2025. The Court ordered that the Successor Trustees recover from Tom E. Hinkley the following amounts:

On the **September 21, 2021 Judgment**:

| | |
|---|---|
| Amount of original judgments | **$24,330.07** |
| Post-judgment interest ($3.76/day) www.utcourts.gov/resources/intrates/interestrates.htm | **$6,294.54** |
| Cost to file Application for Writ of Execution | **$75.00** |
| Cost to serve this writ | **$199.00** |
| Less payments made | **$0.00** |

| | |
|---|---|
| **Total amount due** | **$30,898.61** |

On **January 28, 2025 Judgment**:

| | |
|---|---|
| Amount of original judgments | **$11,188.00** |
| Post-judgment interest (1.69/day) www.utcourts.gov/resources/intrates/interestrates.htm | **$824.33** |
| Less payments made | **$0.00** |
| **Total amount due** | **$12,012.33** |

The total amount due as of May 28, 2026, excluding attorney's fees, is **$42,910.94**.

This Writ of Execution shall be your sufficient warrant for doing so. Within fourteen (14) days after your receipt of this Writ, return this Writ to the Court with a statement and certificate of your actions in completing this service.

**YOU ARE FURTHER COMMANDED** and authorized to give notice of this Writ to TOM E. HINKLEY and to any person you may become aware of that has an interest in the personal property.

**ISSUED** under the seal of this Court as of the date set forth at the top of this order.

----------*END OF WRIT OF EXECUTION*----------

---*COURT SEAL IS AFFIXED ON THE FIRST PAGE OF THIS ORDER*---

EXHIBIT 1008 Copy of the Writ of Execution Personal Property served on Plaintiff on June 19 2026 at 1000 a.m. in Case No 053901287 PAGE 6 - 10

# NOTICE OF EXECUTION AND EXEMPTIONS

**Please read this carefully.**

**Your property may be taken to pay a creditor.**

**You have a deadline of 14 days in which to object.**

1. A judgment for money has been entered against the judgment debtor (the person who owes money), and the creditor has taken steps to take your money or property to pay the judgment.

2. If you are the judgment debtor in this case, your rights may be affected. Read this notice and take steps to protect your rights.

3. If you are not the judgment debtor in this case, you may have an interest in the judgment debtor's property and your rights may be affected. Read this notice and take steps to protect your rights.

4. The court has ordered a sheriff or constable to seize your property. This means that it may be sold to pay the debt.

5. Some property and money can't be taken and are "exempt" from execution.

   This is a **partial** list of exempt property and money. Some of these exemptions might not apply to judgments for alimony or child support.

   - Declaration of Homestead, which must be filed with the county recorder before the auction of the property. (Utah Code 78B-5-504)
   - A burial plot for you and your family.
   - Health aids.
   - Benefits because of disability, illness or unemployment.
   - Medical care benefits.
   - Veteran's benefits.
   - Money or property for child support, alimony or separate maintenance.
   - Social security benefits.
   - Supplemental security income benefits (SSI).
   - Workers' compensation benefits.
   - Certain retirement benefits.
   - Public assistance.
   - Certain furnishings, appliances, carpets, animals, books, musical instruments, works of art and heirlooms.
   - Provisions for 12 months.
   - Wearing apparel, not including jewelry or furs.
   - Beds and bedding.
   - Certain works of art.

   - Compensatory damages from bodily injury or wrongful death.

- The proceeds of certain life insurance contracts and trusts.
- Certain books, implements and tools of a trade.
- A personal motor vehicle up to a specified amount.
- A motor vehicle used in trade or business.
- Part of your wages.
- Property of a person who did not have a judgment entered against him or her, such as the co-owner of the property being held.

See the Utah Exemptions Act (Utah Code Title 78B, Chapter 5, Part 5) for more information about exemptions. There is no exemption solely because you are having trouble paying your debts.

6. If you think your property should not be taken because:

- statements in the Application for Writ of Execution are wrong;
- the Writ of Execution was not issued correctly; or
- some of your property should not have been taken because it is exempt

**do the following immediately.** You have a deadline of **14 calendar days** from the date that the Writ of Execution and this notice was delivered to you.

- Complete the attached Reply and Request for Hearing form.
- Sign your name in the space provided and write the address at which the court clerk should notify you of the hearing.
- Attach any documents that help you prove your claim.
- Mail or deliver the form to:
  - o the court, and
  - o the judgment creditor or, if they have one, their attorney or licensed paralegal practitioner.

Keep a copy for your records. The name and address of the court are on the first page of the Writ of Execution. The address for the judgment creditor or, if they have one, their attorney or licensed paralegal practitioner is:

ANTHONY R. MARTINEAU (#5859)
4444 S. 700 E. Suite 104
Salt Lake City, UT 84107
Telephone (801) 486-0200
Email Tony@martineaulaw.net

7. The court will schedule a hearing and notify you. You should file with the Reply and Request for Hearing form any documents that help you prove your claim, or bring them to the hearing.

EXHIBIT 1008 Copy of the Writ of Execution Personal Property served on Plaintiff on June 19 2026 at 1000 a.m. in Case No 053901287 PAGE 8 - 10

8. If you do not take these steps, the property may be used to pay the judgment creditor even though it is exempt.

9. If your property is seized for sale, you may tell the officer, who is conducting the sale, the order in which to auction the property. For example, sell a boat first and a car second.

10. You may talk to an attorney and have the attorney represent you at the hearing. See the court's Finding Legal Help page for information about free and low cost ways to get the help of an attorney: www.utcourts.gov/howto/legalassist/.

11. The judgment debtor may not use the steps in paragraph 6 to challenge why the judgment was entered. If you are the judgment debtor and you think the judgment should not have been entered against you, possible options include:
    - an appeal. See the court's Appeals page for more information about the process and forms: www.utcourts.gov/howto/appeals/.
    - a Motion to Set Aside Judgment (Utah Rule of Civil Procedure 60(b)). See the court's Motion to Set Aside Judgment page for more information about the process and forms: www.utcourts.gov/howto/judgment/set_aside/.

Simply filing an appeal or Motion to Set Aside the Judgment does not stop the collection of the judgment.

EXHIBIT 1008 Copy of the Writ of Execution Personal Property served on Plaintiff on June 19 2026 at 1000 a.m. in Case No 053901287 PAGE 9 - 10

TOM E. HINKLEY
7131 S. 1115 W.
West Jordan, UT 84084
Email: westjordanlegaldocuments@gmail.com

**Check your email.** You will receive information and documents at this email address.

I am [ ] Person Claiming Property Interest
[ ] Defendant/Respondent
[ ] Defendant/Respondent's Attorney (Utah Bar #:__________)
[ ] Defendant/Respondent's Licensed Paralegal Practitioner
[ ] Person Claiming Property Interest's Licensed Paralegal Practitioner (Utah Bar #:__________)

**IN THE THIRD JUDICIAL DISTRICT COURT IN AND FOR SALT LAKE COUNTY, STATE OF UTAH**

| | |
|---|---|
| IN THE MATTER OF<br><br>THE ESTATE OF MARIAN JEAN HINKLEY, Deceased,<br><br>and<br><br>THE MJ HINKLEY REVOCABLE LIVING TRUST<br><br>and<br><br>TOM E. HINKLEY, as Trustee and Individually | **Reply and Request for Hearing – Writ of Execution**<br><br>**TIER III**<br><br>Civil No. 053901287<br><br>Judge: Kara Pettit |

1. I have read the Notice of Execution and Exemptions form. I understand that I cannot use this form to challenge why the judgment was entered against me. I believe that the creditor has improperly seized some of my money or property to pay the judgment.

2. [ ] Statements in the Application for Writ of Execution are wrong because: ____________________
____________________
____________________
____________________

3. [ ] The Writ of Execution was not issued correctly because:
____________________
____________________
____________________

4. [ ] All or part of the property is exempt because:

________________________________________

________________________________________

________________________________________

5. [ ] This amount is exempt: $ ________________.

6. [ ] I am not the judgment debtor. I claim the following ownership in all or part of the property. (Explain.)

________________________________________

________________________________________

________________________________________

7. [ ] I have attached documents that support my claims.

8. I request a hearing.

**Defendant/Respondent**

I declare under criminal penalty under the law of Utah that everything stated in this document is true.
Signed at ______________________________ (city, and state or country).

____________________ Signature ► ____________________
Date
Printed Name ____________________

**Attorney or Licensed Paralegal Practitioner of record** (if applicable)

____________________ Signature ► ____________________
Date
Printed Name ____________________

**Certificate of Service**

I certify that I filed with the court and am serving a copy of this Reply and Request for Hearing – Writ of Execution on the following people via GreenFiling.

Anthony R. Martineau, counsel for
Successor Trustees John Hinkley & Gerald K. Johnson
Tony@martineaulaw.net

Date ____________________ Print Name ► ____________________