FILED
2026 JUL 6 PM 4:39
CLERK
U.S. DISTRICT COURT

Subject: Case No. 2:26-cv-00471-HCN-JCB – EMERGENCY FILING: Plaintiff's Objections to June 18, 2026 R&R, Objections to June 23 Order Denying Counsel, and Emergency Motion for TRO / Preliminary Injunction (Sheriff/Constable Has Now Enforced Eviction – Evidence at Immediate Risk of Loss)

Dear Clerk of Court and Staff:

Please immediately docket the attached filing in the above-captioned case and bring it to the attention of the Honorable Howard C. Nielson, Jr. and Magistrate Judge Jared C. Bennett on an expedited basis.

This is an **emergency filing** made necessary by new and urgent developments that have occurred since Plaintiff's last submissions. On or about July 3–4, 2026, a sheriff or constable enforced the state court Order of Restitution in the related eviction matter. Plaintiff Tom E. Hinkley is now physically removed from the residence at 7131 S 1115 W, West Jordan, UT 84084. Plaintiff's personal property and, most critically, the core evidence supporting his federal claims (including the 99+ PDFs, exhibits, affidavits, and documentation of fraud on the court and civil rights violations) are now at immediate risk of removal, sale, or destruction.

**Attached for immediate filing and docketing:**

1. Plaintiff's Objections to Magistrate Judge's June 18, 2026 Report and Recommendation to Dismiss with Prejudice;

2. Objections to June 23, 2026 Order Denying Appointment of Counsel;

3. Supplemental Declaration; and

4. Emergency Motion for Temporary Restraining Order and Preliminary Injunction to Restore Possession, Return Personal Property and Evidence, and Stay Further Enforcement.

**Summary of Key Filings and Events – Last Two Weeks (June 19 – July 4, 2026):**

- June 19, 2026: Writ of Execution served on Plaintiff in state Case No. 053901287. The packet actually received was defective and incomplete (only the Writ and federal notices were provided; proper Utah exemption forms and response instructions were missing). This created a material factual dispute with the Constable's Affidavit.
- June 22, 2026: Plaintiff timely filed Reply and Request for Hearing on the Writ of Execution (Docket 370) in Case No. 053901287.
- June 29, 2026: Opposing counsel filed Request to Submit Docket 370 for consideration.
- July 1, 2026: Opposing counsel filed Proposed Ruling, Findings & Order Declaring Tom E. Hinkley a Vexatious Litigant in the related eviction case, Civil No. 260903986, together with a Request to Submit.
- July 1–2, 2026: Plaintiff transmitted multiple timely Objections and Consolidated Motions in Civil No. 260903986 objecting to the proposed vexatious litigant order and demanding notice, hearing, and ADA accommodations. Judicial Assistant Ruth Barahona refused to accept the filings, citing a standing order from Case No. 053901287.
- July 2, 2026: Plaintiff filed First Supplemental Opposition in Case No. 053901287 detailing the defective and incomplete service of the Writ of Execution.

- July 3, 2026: Plaintiff filed additional responses in both state cases after further refusal by Judicial Assistant Ruth Barahona to accept filings.
- July 3–4, 2026: Sheriff or constable enforced the state court eviction order. Plaintiff is now physically out of the home while bedridden and in life-threatening medical condition. Evidence central to this federal case is now at immediate risk.

These recent events demonstrate a clear pattern of retaliation and continuing harm that directly supports Plaintiff's pending federal claims under 42 U.S.C. § 1983 and the Americans with Disabilities Act. The attached Emergency Motion for Temporary Restraining Order and Preliminary Injunction is therefore critical to prevent irreparable loss of evidence and further violation of Plaintiff's rights.

Plaintiff respectfully requests that this filing be brought to the immediate attention of the assigned District Judge and Magistrate Judge and that a hearing on the Emergency Motion for TRO be scheduled at the earliest possible date.

Thank you for your urgent attention to this matter.

Respectfully submitted,

/s/ Tom E. Hinkley

Tom E. Hinkley, Pro Se

7131 S 1115 W

West Jordan, UT 84084

Phone: 385-337-4401

Email: westjordanlegaldocuments2@gmail.com

westjordanlegaldocuments3@gmail.com

Case No. 2:26-cv-00471-HCN-JCB

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

TOM E. HINKLEY,

Plaintiff,

v.

GERALD K. JOHNSON; JOHN P. HINKLEY; ANTHONY R. MARTINEAU; RAY G. MARTINEAU; JASON W. HARDIN; JENNIFER DECKER; WEST JORDAN CITY; and other defendants to be named as discovery reveals,

Defendants.

Case No. 2:26-cv-00471-HCN-JCB

Hon. Howard C. Nielson, Jr.

Magistrate Judge Jared C. Bennett

PLAINTIFF'S OBJECTIONS TO MAGISTRATE JUDGE'S JUNE 18, 2026 REPORT AND RECOMMENDATION TO DISMISS WITH PREJUDICE, OBJECTIONS TO JUNE 23, 2026 ORDER DENYING APPOINTMENT OF COUNSEL, SUPPLEMENTAL DECLARATION, AND EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND

PRELIMINARY INJUNCTION TO RESTORE POSSESSION, RETURN PERSONAL PROPERTY AND EVIDENCE, AND STAY FURTHER ENFORCEMENT

Plaintiff Tom E. Hinkley, appearing pro se and as a qualified individual with a permanent disability, respectfully submits these Objections to the Magistrate Judge's June 18, 2026 Report and Recommendation (Doc. 40) recommending dismissal with prejudice, Objections to the June 23, 2026 Order denying appointment of counsel (Doc. 45), a Supplemental Declaration, and an Emergency Motion for Temporary Restraining Order and Preliminary Injunction.

I. OBJECTIONS TO JUNE 18, 2026 REPORT AND RECOMMENDATION (Fed. R. Civ. P. 72(b))

The recommendation that the Amended Complaint be dismissed with prejudice is clearly erroneous and contrary to law. Plaintiff has stated viable claims under 42 U.S.C. § 1983 for violations of due process, equal protection, and the First Amendment right to petition, as well as claims under Title II of the Americans with Disabilities Act, 42 U.S.C. § 12132, arising from the denial of reasonable modifications (including running water for more than six years while permanently disabled). These claims are supported by extensive evidence and are not frivolous.

II. OBJECTIONS TO JUNE 23, 2026 ORDER DENYING APPOINTMENT OF COUNSEL (Fed. R. Civ. P. 72(a))

The denial of Plaintiff's Motion to Appoint Counsel was clearly erroneous. Plaintiff is permanently disabled, was recently hospitalized in life-threatening condition (crawled into University of Utah ER, transferred by ambulance, physicians recommended weeks of inpatient rehabilitation), and is currently bedridden (sleeping/resting 18–23 hours per day). This case involves complex federal civil rights, fraud-on-the-court, and retaliation claims against multiple defendants. The interests of justice require appointment of counsel under 28 U.S.C. § 1915(e)(1).

III. SUPPLEMENTAL DECLARATION – NEW AND URGENT FACTS

1. On June 16, 2026, the Third Judicial District Court held an Immediate Occupancy Hearing and issued an Order of Restitution. Plaintiff was given only three (3) calendar days to vacate under Utah Code Ann. § 78B-6-812(2)(b).

2. On or about late June/early July 2026, Plaintiff became critically ill and crawled into the University of Utah Emergency Room. He was transferred by ambulance to the main University Hospital. Physicians determined he was in life-threatening condition and recommended several weeks of inpatient rehabilitation. Plaintiff was discharged against medical advice to attend court proceedings.

3. Plaintiff is currently bedridden, sleeping/resting 18–23 hours per day, and only able to perform minimal legal paperwork.

4. On July 1–2, 2026, Defendant Anthony R. Martineau filed a Proposed Order declaring Plaintiff a vexatious litigant in the related state eviction case (Civil No. 260903986) while Plaintiff was hospitalized and bedridden. This timing supports a strong inference of retaliation for Plaintiff's exercise of his federal rights.

5. Critical New Fact – July 3–4, 2026: A sheriff or constable has now appeared at 7131 S 1115 W, West Jordan, UT 84084. Plaintiff is no longer physically in the house. Plaintiff's personal property, critical evidence files (the 99+ PDFs, exhibits, affidavits, and documentation supporting the fraud-on-the-court and civil rights claims), and all access to the home are now at immediate risk of removal, sale, or destruction. This enforcement occurred while Plaintiff was bedridden and in life-threatening medical condition.

## IV. EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Because enforcement of the state court Order of Restitution has now occurred and Plaintiff has been removed from the home while bedridden and medically vulnerable, Plaintiff moves this Court for an immediate Temporary Restraining Order and Preliminary Injunction ordering Defendants to:

A. Immediately restore Plaintiff to possession of 7131 S 1115 W, West Jordan, UT 84084;
B. Return all of Plaintiff's personal property and evidence files (including but not limited to the 99+ PDFs and exhibits);

C. Stay any further enforcement, sale, auction, or disposition of the property or Plaintiff's belongings; and

D. Prevent any destruction, removal, or spoliation of Plaintiff's personal property and evidence pending further order of this Court.

V. REQUESTED RELIEF

Plaintiff respectfully requests that this Court:

A. Reject or modify the June 18, 2026 Report and Recommendation and permit supplementation or amendment of the pleadings;

B. Set aside the June 23, 2026 Order denying appointment of counsel and appoint counsel on an emergency basis under 28 U.S.C. § 1915(e)(1);

C. Immediately formally docket (with NEF) all previously submitted documents and this filing;

D. Enter a Temporary Restraining Order and Preliminary Injunction restoring Plaintiff to possession, returning all personal property and evidence, and staying any further enforcement or sale; and

E. Grant such other and further relief as the Court deems just and proper, including costs and, if counsel is appointed, reasonable attorney's fees.

Dated: July 4, 2026

Respectfully submitted,

/s/ Tom E. Hinkley

Tom E. Hinkley, Pro Se

7131 S 1115 W

West Jordan, UT 84084

Phone: 385-337-4401

Email: westjordanlegaldocuments2@gmail.com

westjordanlegaldocuments3@gmail.com

CERTIFICATE OF SERVICE

I certify that on July 4, 2026, I served a true and correct copy of the foregoing Plaintiff's Objections, Supplemental Declaration, and Emergency Motion for Temporary Restraining Order and Preliminary Injunction via the Court's CM/ECF system (or by email to UTDecf_Clerk@utd.uscourts.gov if CM/ECF access is unavailable) on all counsel of record and Defendants.

To: UTDecf_Clerk@utd.uscourts.gov

CC: attorneygeneral@utah.gov, bill@kimballanderson.com, code.enforcement@westjordan.utah.gov, courtpros@westjordan.utah.gov, fire@westjordan.utah.gov, hinkleyjohn@gmail.com, info@fabianvancott.com, info@spencerfane.com, info@westjordan.utah.gov, jdt@scmlaw.com, jerryjohnson6837@comcast.net, jhardin@fabianvancott.com, jheideman@heidlaw.com,

jminnock@mmrm.com, lorelei@naegle.law, mayor@westjordan.utah.gov, opc@opcutah.org, patrick@ana-law.com, police@westjordan.utah.gov, public.works@westjordan.utah.gov, ray@martineaulaw.net, sara@actionlawutah.com, stefanie.merrill-hansen@westjordan.utah.gov, tony@martineaulaw.net, uag@agutah.gov, utilities@westjordan.utah.gov

/s/ Tom E. Hinkley

Tom E. Hinkley