AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

District of Utah

Tom E. Hinkley,

Plaintiff,

v.

Gerald K. Johnson, et al.,

Defendants.

## JUDGMENT IN A CIVIL CASE

Case Number: 2:26-cv-471

IT IS ORDERED AND ADJUDGED:

That this action is **DISMISSED WITHOUT PREJUDICE**.

July 31, 2026

*Date*

BY THE COURT:

Howard C. Nielson, Jr.
United States District Judge